IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:06-MJ-00016-AK

JESUS RAMOS,

    Defendant.
_____/

### O R D E R

This matter is before the Court for a trial on the CVB Violation Notice V0080928 as to Jesus Ramos. At the outset of the trial, however, the Government moved to dismiss the charge against the defendant. The motion is granted. All charges against the defendant are dismissed, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *12th* day of July, 2006

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge